ALTSHULER SHAHAM PROVIDENT FUNDS, LTD., Appellant, v GML TOWER LLC et al., Defendants, and THE PIKE COMPANY, INC., et al., Respondents.

Submitted March 26, 2012; decided May 3, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 892 (2012)].

BANKERS TRUST COMPANY OF CALIFORNIA, N.A., Respondent, v MARY LEE WARD, Appellant, et al., Defendants.

Submitted March 19, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOHN B. BELL, Appellant, v NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, Respondent.

Submitted March 19, 2012; decided May 3, 2012

On the Court's own motion, appeal, insofar as taken from that portion of the Appellate Division order that dismissed the appeal from the September 2009 Supreme Court order, dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, upon the ground that the remaining portion of the order appealed from does not finally determine the action within the meaning of the Constitution. Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the September 2009 Supreme Court order, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.